1

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**

9        **DISTRICT OF NEVADA**

10   RICKIE L. HILL,

Case No.  3:15-cv-00038-RCJ-CLB

11                    Plaintiff,

**STIPULATION AND ORDER FOR**
**DISMISSAL WITH PREJUDICE**

12   v.

13   C. ROWLEY, et al.,

14                    Defendants.

15   RICKIE L. HILL,

16                    Plaintiff,

17   v.

18   SUNDAY, et al.,

19                    Defendants.

20   RICKIE L. HILL,

21                    Plaintiff,

22   v.

23   REUBART, et al.,

24                    Defendants.

25   RICKIE L. HILL,

26                    Plaintiff,

27   v.

28   BOYD, et al.,

                      Defendants.

1

1  RICKIE L. HILL,

2                    Plaintiff,

3  v.

4  DUGAN, et al.,

5                    Defendants.

6  RICKIE L. HILL,

7                    Plaintiff,

8  v.

9  C. ROWLEY, et al.,

10                   Defendants.

11 RICKIE L. HILL,

12                   Plaintiff,

13 v.

14 SHARP, et al.,

15                   Defendants.

16 RICKIE L. HILL,

17                   Plaintiff,

18 v.

19 KERNER, et al.,

20                   Defendants.

21 RICKIE L. HILL,                    Case No.  3:19-cv-00477-RCJ-WGC

22                   Plaintiff,       **STIPULATION AND ORDER FOR
                                      DISMISSAL WITH PREJUDICE**
23 v.

24 C. ROWLEY, et al.,

25                   Defendants.

26

27

28

| | |
|---|---|
| 1    RICKIE L. HILL, | Case No.  3:19-cv-00505-RCJ-CLB |
| 2                Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 3    v. | |
| 4    WICKHAM, et al., | |
| 5                Defendants. | |
| 6    RICKIE L. HILL, | Case No.  3:19-cv-00512-RCJ-CLB |
| 7                Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 8    v. | |
| 9    WICKHAM, et al., | |
| 10               Defendants. | |
| 11    RICKIE L. HILL, | |
| 12               Plaintiff, | |
| 13    v. | |
| 14    WICKHAM, et al., | |
| 15               Defendants. | |
| 16    RICKIE L. HILL, | |
| 17               Plaintiff, | |
| 18    v. | |
| 19    WICKHAM, et al., | |
| 20               Defendants. | |
| 21    RICKIE L. HILL, | |
| 22               Plaintiff, | |
| 23    v. | |
| 24    COLLARD, et al., | |
| 25               Defendants. | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | RICKIE L. HILL, |
| 2 | Plaintiff, |
| 3 | v. |
| 4 | ARIAS, et al., |
| 5 | Defendants. |
| 6 | RICKIE L. HILL, |
| 7 | Plaintiff, |
| 8 | v. |
| 9 | NORIEGA, et al., |
| 10 | Defendants. |
| 11 | RICKIE L. HILL, |
| 12 | Plaintiff, |
| 13 | v. |
| 14 | C. ROWLEY, et al., |
| 15 | Defendants. |
| 16 | RICKIE L. HILL, |
| 17 | Plaintiff, |
| 18 | v. |
| 19 | C. ROWLEY, et al., |
| 20 | Defendants. |
| 21 | RICKIE L. HILL, |
| 22 | Plaintiff, |
| 23 | v. |
| 24 | LEMEN, et al., |
| 25 | Defendants. |
| 26 | |
| 27 | |
| 28 | |

Case No. 3:20-cv-00054-RCJ-CLB

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

| | |
|---|---|
| 1 | RICKIE L. HILL, |
| 2 | Plaintiff, |
| 3 | v. |
| 4 | LEMEN, et al., |
| 5 | Defendants. |
| 6 | RICKIE L. HILL, |
| 7 | Plaintiff, |
| 8 | v. |
| 9 | RANDS, et al., |
| 10 | Defendants. |

11    IT IS HEREBY STIPULATED by and between Rickie Lee Hill, in proper person, and Defendants,

12 by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands,

13 Senior Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement

14 between the parties, that the above-captioned actions should be dismissed with prejudice by order of

15 this Court, with each party to bear his own costs.

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

DATED this 9th day of March, 2020.

DATED this ___ day of March, 2020

AARON D. FORD
Attorney General

By: _____
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

_____
RICKIE LEE HILL
Plaintiff, *Pro Se*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** ———— March 10, 2020 ————

11